No. 84–1555. Connolly et al., Trustees of the Operating Engineers Pension Trust *v.* Pension Benefit Guaranty Corporation et al.; and
No. 84–1567. Woodward Sand Co., Inc. *v.* Pension Benefit Guaranty Corporation et al. D. C. C. D. Cal. [Probable jurisdiction noted, 472 U. S. 1006.] Motion of appellant in

No. 84–1567 for divided argument granted to be divided as follows: 20 minutes for appellants in No. 84–1555 and 10 minutes for appellants in No. 84–1567. Request for additional time for oral argument denied.